Charles Lacroix  
vs.  } No. 81650.  
Batchelor's Bottling Works, Inc.

May 5, 1930.

FROST, J. Heard on defendant's motion for new trial after verdict for plaintiff in sum of $150.

This case was tried with seven other cases, numbered, respectively, 81645, 81646, 81647, 81648, 81649, 81651 and 81652. This is an action to recover for loss of services of plaintiff's wife and for medical expenses resulting from injuries received by her on August 31, 1929.

For discussion of liability, &c., see rescripts on file in No. 81652, No. 81649 and No. 81651.

The evidence amply justifies the verdict. Motion for new trial denied.

For plaintiff: John R. Higgins.

For defendant: William S. Flynn and E. W. Flynn.

Rose Lacroix  
vs.  } No. 81651.  
Batchelor's Bottling Works, Inc.

May 5, 1930.

FROST. J. Heard on defendant's motion for new trial after verdict for plaintiff in sum of $475.

This case was tried with seven other cases, numbered, respectively, 81645, 81646, 81647, 81648, 81649, 81650 and 81652.

Mrs. Lacroix, a woman 40 years of age, was sitting between two other women on the rear seat of an automobile which was in collision with a truck. She testified that she was in bed as a result of the accident for a period of four weeks. The evidence amply justified the verdict.

For discussion of the liability, see rescripts on file in No. 81652 and No. 81649.

Motion for new trial denied.

For plaintiff: John R. Higgins.

For defendant: Wm. S. Flynn and E. W. Flynn.